UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM DAMON AVERY,

        Plaintiff,

-vs-                                      Case No. 11-C-408

CITY OF MILWAUKEE, et al,

        Defendants.

## VERDICT FORM

**QUESTION NO. 1:**

Did any of the defendants fabricate evidence that was a cause of the homicide conviction of William Avery?

    A.    Gilbert Hernandez

           Answer: __X__ Yes     _____ No

    B.    Daniel Phillips

           Answer: __X__ Yes     _____ No

    C.    Katherine Hein/Spano

           Answer: _____ Yes     __X__ No

    D.    Timothy Heier

           Answer: _____ Yes     __X__ No

    E.    Kevin Armbruster

           Answer: _____ Yes     __X__ No

    F.    James DeValkenaere

           Answer: _____ Yes     __X__ No

If you answered "no" to all parts of Question No. 1, then you need not answer any of the remaining questions. However, if you have answered "yes" to any part of Question No. 1, then answer Question No. 2:

**QUESTION NO. 2:**

Did any of the defendants fail to intervene to prevent the use of fabricated evidence?

 A. Gilbert Hernandez

  Answer: __X__ Yes   _____ No

 B. Daniel Phillips

  Answer: __X__ Yes   _____ No

 C. Katherine Hein/Spano

  Answer: _____ Yes   __X__ No

 D. Timothy Heier

  Answer: _____ Yes   __X__ No

 E. Kevin Armbruster

  Answer: _____ Yes   __X__ No

 F. James DeValkenaere

  Answer: _____ Yes   __X__ No

If you answered "yes" to any of the defendants in Question Nos. 1 or 2, then answer Question No. 3.

## QUESTION NO. 3:

Did any of those defendants conspire to use fabricated evidence that was a cause of the homicide conviction of William Avery?

A.   Gilbert Hernandez

   Answer: _X_ Yes    ____ No

B.   Daniel Phillips

   Answer: _X_ Yes    ____ No

C.   Katherine Hein/Spano

   Answer: ____ Yes    _X_ No

D.   Timothy Heier

   Answer: ____ Yes    _X_ No

E.   Kevin Armbruster

   Answer: ____ Yes    _X_ No

F.   James DeValkenaere

   Answer: ____ Yes    _X_ No

If you answered "yes" to any part of Question Nos. 1, 2, or 3, then answer Question No. 4.

**QUESTION NO. 4:**

Did the City of Milwaukee have a policy, practice or custom of inadequately investigating homicides at the time in question which led to the fabrication of evidence resulting in the homicide conviction of William Avery?

Answer: __X__ Yes  _____ No

If you have answered "yes" to any of the previous questions, then answer Question No. 5.

**QUESTION NO. 5:**

We award the plaintiff compensatory damages in the amount of

$ 1,000,000.00/100

If you answered "no" to all parts of Question Nos. 1, 2, or 3, then you need not answer Question No. 6. However, if you answered "yes" to any part of Question Nos. 1, 2, or 3, then answer Question No. 6 as to any defendant for which you answered "yes."

**QUESTION NO. 6:**

What amount of money, if any, do you award the plaintiff as punitive damages against the following defendants:

| | |
|---|---|
| Gilbert Hernandez | $ -0- |
| Daniel Phillips | $ -0- |
| Katherine Hein/Spano | $ -0- |

Timothy Heier              $ __-0-__

Kevin Armbruster           $ __-0-__

James DeValkenaere         $ __-0-__


Dated at Milwaukee, Wisconsin, this __11__ day of June, 2015.

_____          __Mark Zimmermann__
(Signature of Foreperson)            (Printed Name of Foreperson)