# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**WILLIAM DAMON AVERY,**

        Plaintiff,

    **-vs-**                               **Case No. 11-C-408**

**CITY OF MILWAUKEE, et al.,**

        Defendants.

---

## DECISION AND ORDER

---

The Seventh Circuit issued a limited remand to allow William Avery to file a motion for the entry of judgment under Federal Rule of Civil Procedure 54(b), which allows the entry of final judgment as to one or more, but fewer than all, claims or parties if the Court "expressly determines that there is no just reason for delay." There is no just reason for delay, and the Clerk of Court will enter judgment accordingly. Avery's motion [ECF No. 166] is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 19th day of November, 2015.

                         **SO ORDERED:**

                         **HON. RUDOLPH T. RANDA**
                         **U.S. District Judge**