IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM DAMON AVERY, et al., | ) |
| Plaintiffs, | ) No. 11 CV 408 |
| v. | ) Judge J.P. Stadtmueller |
| CITY OF MILWAUKEE, et al., | ) |
| Defendants. | ) |

**PLAINTIFF WILLIAM AVERY'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff William Avery, by counsel, moves for entry of judgment in the amount of One Million Dollars, plus interest, against Defendants City of Milwaukee, Gilbert Hernandez and Daniel Phillips, and to schedule for trial his outstanding claims against the Individual Officer Defendants, and in support of this motion states as follows:

1. Plaintiff William Avery filed claims against the City of Milwaukee and several of its police officers alleging that he had been wrongly convicted of homicide because of the unconstitutional conduct of several Milwaukee Police Officers.

2. On June 11, 2015, after trial, a jury entered a verdict in favor of William Avery and against Defendants City of Milwaukee, Gilbert Hernandez and Daniel Phillips in the amount of $1,000,000. Dkt. 137.

3. On June 11, 2015 the District Court entered judgment on the jury verdict. Dkt. 142.

4. On September 29, 2015, the District Court entered an amended judgment in favor of all Defendants. Dkt. 156.

5. Plaintiff appealed the judgment in favor of Defendants and on January 30, 2017

1

the Seventh Circuit Court of Appeals reversed the District Court and entered judgment in favor of the Plaintiff and remanded the case to this court for determination of *Brady* claims that had been incorrectly dismissed on summary judgment as well as counsel's requests for attorneys' fees. Seventh Circuit Court of Appeals, Dkt. 51, 52.

6. On March 29, 2017 the Seventh Circuit issued an order that interest on the $1,000,000 judgment be computed from the date of the jury verdict, June 11, 2015. Seventh Circuit Court of Appeals, Dkt. 57.

7. On March 29, 2017 the Seventh Circuit Court of Appeals issued the mandate in this case. Seventh Circuit Court of Appeals, Dkt. 58.

8. On March 29, 2017 the mandate from the Seventh Circuit Court of Appeals was filed in this court. Dkt. 188.

9. Defendants filed a Petition for Certiorari with the United States Supreme Court, but that petition was denied on June 12, 2017. Seventh Circuit Court of Appeals, Dkt. 61 (Exhibit A).

10. The time for Defendants to seek rehearing from the United States Supreme Court has expired, so the judgment in favor of Plaintiff William Avery is now final, while his other claims based on *Brady*, and counsel's request for attorneys' fees and additional costs remain pending.

11. This case has been reassigned to this court.

12. Plaintiff's *Brady* claims against the Individual Officer Defendants and his motion for attorneys' fees and costs remain to be determined.

WHEREFORE, Plaintiff William Avery requests that this court enter judgment in his favor on the jury verdict and costs ordered by the Seventh Circuit and additionally schedule for

2

trial the outstanding *Brady* claims against the Individual Officer Defendants.

Dated:  June 23, 2017						Respectfully submitted,

								s/ John L. Stainthorp
								John L. Stainthorp
								Janine L. Hoft
								Ben H. Elson
								PEOPLE'S LAW OFFICE
								1180 N. Milwaukee Ave.
								Chicago, IL 60642
								(773) 235-0070
								stainthorp@gmail.com

								Attorneys for Plaintiff

## **CERTIFICATE**

The undersigned hereby certifies that no memorandum or other supporting papers will be filed.

s/ John L. Stainthorp  
John L. Stainthorp

4