# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM DAMON AVERY | **NOTICE** |
| v. | Case Number: 11-CV-408-JPS |
| CITY OF MILWAUKEE, DETECTIVE GILBERT HERNANDEZ, DETECTIVE DANIEL PHILLIPS, DETECTIVE KATHERINE HEIN, DETECTIVE TIMOTHY HEIER, DETECTIVE KEVIN ARMBRUSTER, and DETECTIVE JAMES DEVALKENAERE | |

Type of case: ☑ CIVIL ☐ CRIMINAL

Take notice that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE:<br>Federal Courthouse<br>517 E. Wisconsin Ave.<br>Milwaukee, Wisconsin | ROOM NO.: 284 |
|---|---|
| | DATE AND TIME: TUESDAY, AUGUST 29, 2017 at 10:00 AM |

TYPE OF PROCEEDING:

## STATUS CONFERENCE

To help move this case forward in a timely manner, the Court has scheduled a Status Conference for the above-referenced date and time.

To accommodate the parties' schedule, appearances may be made by telephone; however, neither cell phones nor calls made over a speaker phone may be used, as both technologies are incompatible with the Court's sound/teleconferencing equipment.

The Court will initiate the call. Therefore, if appearing by telephone, the parties must notify the Court at 414-297-1122, in advance, of the direct number at which they may be reached.

|  | STEPHEN C. DRIES |
|---|---|
|  | Clerk of Court |
| August 2, 2017 | s/ Jodi L. Malek |
| Date | (By) Deputy Clerk |