# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

WILLIAM DAMON AVERY,

                Plaintiff,

v.

CITY OF MILWAUKEE, DETECTIVE GILBERT HERNANDEZ, DETECTIVE DANIEL PHILLIPS, DETECTIVE KATHERINE HEIN, DETECTIVE TIMOTHY HEIER, DETECTIVE KEVIN ARMBRUSTER, AND DETECTIVE JAMES DEVALKENAERE,

                Defendants.

Case No. 11-CV-408-JPS

**PARTIAL FINAL JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court upon remand from the Seventh Circuit Court of Appeals in *William D. Avery v. City of Milwaukee, et al.*, No. 15-3175 (Jan. 30, 2017). In accordance with the mandate of the Court of Appeals,

    **IT IS ORDERED AND ADJUDGED** that the plaintiff William Damon Avery's motion for entry of partial final judgment (Docket #189) be and the same is hereby **GRANTED**;

    **IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff William Damon Avery shall have and recover, from defendants Detective Gilbert Hernandez, Detective Daniel Phillips, and the City of Milwaukee, the amount of $1,000,000.00 on the plaintiff William Damon Avery's claims that defendants Detective Gilbert Hernandez and Detective Daniel Phillips fabricated evidence, failed to intervene to prevent the use of fabricated evidence, and conspired to use fabricated evidence that was a cause of the plaintiff William Damon Avery's homicide conviction, and the plaintiff William Damon Avery's claim that the City of Milwaukee had a policy, practice, or custom of inadequately investigating homicides at the time in question which led to the fabrication of evidence resulting in the plaintiff William Damon Avery's homicide conviction; and

**IT IS FURTHER ORDERED AND ADJUDGED** that the plaintiff William Damon Avery shall have and recover, from defendants Detective Gilbert Hernandez, Detective Daniel Phillips, and the City of Milwaukee, post-judgment interest on the amount stated above as provided for in 28 U.S.C. § 1961 and computed from a starting date of June 11, 2015.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

STEPHEN C. DRIES
Clerk of Court

September 15, 2017            *s/ Jodi L. Malek*
Date                          By: Deputy Clerk