UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

___

WILLIAM DAMON AVERY,

    Plaintiff,

v.

CITY OF MILWAUKEE, et al.,

    Defendants.

Judge J.P. Stadtmueller

Case No.: 11-CV-408

___

# FINAL SETTLEMENT REPORT
___

Plaintiff, by undersigned counsel, hereby submits the following Final Settlement Report, pursuant to the Court's Trial Scheduling Order. (Dkt. No. 193).

The parties have reached a settlement of all remaining claims for damages, attorney's fees and costs in this matter. The settlement has been approved by the City of Milwaukee Common Council and the parties will file a stipulation for dismissal as soon as the appropriate release has been executed, which we expect to occur within the next 10 business days.

Dated: November 20, 2017

Respectfully submitted,

s/ Ben H. Elson
Ben H. Elson
Janine L. Hoft, John L. Stainthorp
PEOPLE'S LAW OFFICE
1180 N. Milwaukee Avenue
Chicago, Illinois 60642
Phone: (773) 235-0070
Fax: (773) 235-6699
ben.elson79@gmail.com

Attorneys for Plaintiff

1