UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WILLIAM DAMON AVERY,

    Plaintiff,

v.

Case No. 11-CV-0408-JPS

CITY OF MILWAUKEE, DETECTIVE GILBERT HERNANDEZ, DETECTIVE DANIEL PHILLIPS, DETECTIVE KATHERINE HEIN, DETECTIVE TIMOTHY HEIER, DETECTIVE KEVIN ARMBRUSTER, and DETECTIVE JAMES DEVALKENAERE,

    Defendants.

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of the above-named plaintiff and against only the defendants, City of Milwaukee, Gilbert Hernandez, and Daniel Phillips, in the above-entitled action, on the 15th day of September, 2017, in the sum of $1,000,000.00 and for costs. The above-named plaintiff acknowledges payment of said judgment, costs and interest in full and desires to release his judgment and hereby and completely satisfies the same.

PEOPLE'S LAW OFFICE

s/ Ben H. Elson
Attorneys for the Plaintiff

Subscribed and sworn to before me
this 28 day of November, 2017.

_____
Notary Public, State of Wisconsin
My Commission 7-6-18

1032-2011-1364:245161