# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILLIAM DAMON AVERY,<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF MILWAUKEE, DETECTIVE GILBERT HERNANDEZ, DETECTIVE DANIEL PHILLIPS, DETECTIVE KATHERINE HEIN, DETECTIVE TIMOTHY HEIER, DETECTIVE KEVIN ARMBRUSTER, and DETECTIVE JAMES DEVALKENAERE,<br><br>      Defendants. | Case No. 11-CV-408-JPS<br><br><br>**ORDER** |

On December 7, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #198). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #198) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 18th day of December, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge